| United States Bankruptcy Court<br>Northern District of Illinois<br>Western Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fearnside, Matthew, A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Point Investments** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **7242** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**110 S. 8th Street**<br>**South Beloit, IL**<br>ZIP CODE  **61080** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Matthew A. Fearnside** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** |
| | Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☑  Yes, and Exhibit C is attached and made a part of this petition. |
| ☐  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑    Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| (Name of landlord that obtained judgment) |
| (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Matthew A. Fearnside** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Matthew A. Fearnside**
_____
Signature of Debtor   **Matthew A. Fearnside**

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**2/20/2013**
_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
</table>

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

<table>
<tr>
<td>

X **s/ Henry Repay**
_____
Signature of Attorney for Debtor(s)

**Henry Repay  Bar No.  06199079**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Henry Repay**
_____
Firm Name

**930 W. Locust  Street Belvidere, IL 61008-4226**
_____
Address

**(815) 547-3369              (815) 544-5429**
_____
Telephone Number

**2/20/2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Western Division

In re   **Matthew A. Fearnside** _____     Case No. _____
                    Debtor                                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑  4. I am not required to receive a credit counseling briefing because of – *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑  Active military duty in a military combat zone.

❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Matthew A. Fearnside**
                        **Matthew A. Fearnside**

Date:   **2/20/2013**

B6A (Official Form 6A) (12/07)

In re:  **Matthew A. Fearnside**                                    Case No. _____
                                                                              (If known)
                                    **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Foreclosed Investment Property 2303 Fremont Street Rockford, IL 61102** | **Fee Owner** | | **$ 38,486.00** | **$ 76,946.00** |
| **Foreclosed Investment Property 305 Howard Avenue Rockford, IL 61102** | **Fee Owner** | | **$ 36,321.00** | **$ 57,408.00** |
| **Foreclosed Investment Property 3103 Parkside Rockford, IL 61101** | **Fee Owner** | | **$ 51,019.00** | **$ 70,352.00** |
| **Foreclosed Investment Property 3111 Garfield Rockford, IL 61101** | **Fee Owner** | | **$ 53,670.00** | **$ 73,535.00** |
| **Foreclosed Investment Property 520 9th Street Rockford, IL 61104** | **Fee Owner** | | **$ 46,556.00** | **$ 73,535.00** |
| **Foreclosed Investment Property 7504 Cadet Road Machesney Park, IL 61115** | **Fee Owner** | | **$ 42,819.00** | **$ 77,909.00** |
| **Investment Property 115 Pierpont Avenue Rockford, IL 61101** | **Fee Owner** | | **$ 43,968.00** | **$ 46,000.00** |
| **Investment Property 1505 Andrews Street Rockford, IL 61101** | **Fee Owner** | | **$ 50,000.00** | **$ 134,022.00** |
| **Investment Property 1935 S. 5th Street Rockford, IL 61104** | **Fee Owner** | | **$ 39,202.00** | **$ 94,794.00** |
| **Investment Property 2119 Arthur Avenue Rockford, IL 61101** | **Fee Owner** | | **$ 50,066.00** | **$ 110,628.25** |
| **Investment Property 2838 Sewell Street Rockford, IL 61109** | **Fee Owner** | | **$ 38,862.00** | **$ 62,936.00** |
| **Investment Property 3129 Blackstone Avenue Rockford, IL 61101** | **Fee Owner** | | **$ 42,764.00** | **$ 48,000.00** |
| **Investment Property 3501 Arline Avenue Rockford, IL 61101** | **Fee Owner** | | **$ 41,500.00** | **$ 158,431.42** |

**B6A (Official Form 6A) (12/07) - Cont.**

In re:    **Matthew A. Fearnside**                                           Case No. _____

                    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Investment Property 4521 Auburn Street Rockford, IL 61101** | **Fee Owner** | | **$ 47,897.00** | **$ 109,088.79** |
| **Investment Property 615 Newport Avenue Rockford, IL 61102** | **Fee Owner** | | **$ 43,735.00** | **$ 82,646.07** |
| **Investment Property 701 Plaisance Avenue Rockford, IL 61102** | **Fee Owner** | | **$ 36,393.00** | **$ 48,394.00** |
| **Investment Property 920 9th Avenue Rockford, IL 61104** | **Fee Owner** | | **$ 43,648.00** | **$ 72,874.65** |
| **Investment Property 924 N. Sunset Avenue Rockford, IL 61101** | **Fee Owner** | | **$ 37,639.00** | **$ 47,000.00** |
| **Personal Residence 110 South 8th Street South Beloit, IL 61080** | **Fee Owner** | | **$ 56,318.00** | **$ 184,903.42** |

                                                            **Total**    ➢    **$ 840,863.00**

                                                                    (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Matthew A. Fearnside** _____ ,    Case No. _____
                    Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **7,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. XXX6681 First National Bank** | | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | | **100.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Matthew A. Fearnside**                                      ,        Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Buick Regal (231,000 Miles)** | | **1,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Chevrolet Astro (275,000 Miles)** | | **400.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Ram 1500 (154,000 Miles)** | | **2,000.00** |
| 26. Boats, motors, and accessories. | | **1997 Moomba** | | **5,540.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture and Laptop** | | **200.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Tools and Equipment** | | **2,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Matthew A. Fearnside**                                    Case No. _____
                        Debtor                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|

              __2__  continuation sheets attached           Total  ⟶      **$ 20,740.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re   **Matthew A. Fearnside**                                          Case No. _____

_____                                                  (If known)
                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1999 Dodge Ram 1500 (154,000 Miles)** | **735 ILCS 5/12-1001(c)** | **2,000.00** | **2,000.00** |
| **Cash** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **7,000.00** |
| **Personal Residence 110 South 8th Street South Beloit, IL 61080** | **735 ILCS 5/12-901** | **15,000.00** | **56,318.00** |
| **Tools and Equipment** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **2,500.00** |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a),(e)** | **100.00** | **100.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **Matthew A. Fearnside** _____ .   Case No. _____

_____**Debtor**_____   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 141,000.00 | 0.00 |
| Audrea Thompson<br>7247 Cody Run<br>South Beloit, IL 61080<br><br>Winnebago County Treasurer<br>404 Elm Street, Ste. 205<br>Rockford, IL 61101<br><br>Nicor Gas<br>PO Box 8350<br>Aurora, IL 60507-8350<br><br>City of Rockford<br>425 E. State St<br>Rockford, IL 61104<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111<br><br>Winnebago County Clerk<br>404 Elm Street, Ste. 104<br>Rockford, IL 61101 | | | **First Lien on Residence Installment Agreements for Deed**<br><br>**Investment Property<br>115 Pierpont Avenue<br>Rockford, IL 61101**<br><br>**Investment Property<br>3129 Blackstone Avenue<br>Rockford, IL 61101**<br><br>**Investment Property<br>924 N. Sunset Avenue<br>Rockford, IL 61101**<br><br>_____<br>**VALUE $130,000.00** | | | | | |

25   continuation sheets
attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $   141,000.00 | $   0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Matthew A. Fearnside** _____ .          Case No. _____

　　　　　　　　　　　　　**Debtor**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3640033708405**<br><br>**Aurora Loan Services**<br>**Attn:  Bankruptcy Dept.**<br>**2617 College Park**<br>**PO Box 1706**<br>**Scottsbluff, ME 69363-176**<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Drive, Ste. 500**<br>**Littleton, CO 80124**<br><br>**Pierce & Associates**<br>**1 North Dearborn, 13th Floor**<br>**Chicago, IL 60602**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **12/01/2006**<br>**Mortgage**<br>**Foreclosed Investment Property**<br>**520 9th Street**<br>**Rockford, IL 61104**<br><br>**VALUE $100,226.00** | | **X** | | 147,070.00 | 46,844.00 |

Sheet no. _1_ of _25_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $      147,070.00 | $      46,844.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Matthew A. Fearnside** _____ .   Case No. _____

**Debtor**   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  161616363 <br><br>**BAC Home Loans Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170**<br><br><br>**Bank of America**<br>**100 N. Tryon Street**<br>**Charlotte, NC 28202**<br><br>**Pierce & Associates**<br>**1 North Dearborn, 13th Floor**<br>**Chicago, IL 60602**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104** | | | 06/01/2007<br>**Mortgage**<br>**Investment Property**<br>**1505 Andrews Street**<br>**Rockford, IL 61101**<br><br>**VALUE $50,000.00** | | X | | 9,862.00 | 0.00 |

Sheet no. _2_ of _25_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $      9,862.00 | $      0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside**_____.      Case No. _____

**Debtor**                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  159586560<br><br>**BAC Home Loans Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170**<br><br><br>**Bank of America**<br>**100 N. Tryon Street**<br>**Charlotte, NC 28202**<br><br>**Pierce & Associates**<br>**1 North Dearborn, 13th Floor**<br>**Chicago, IL 60602**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **04/01/2007**<br>**Mortgage**<br>**Investment Property**<br>**1935 S. 5th Street**<br>**Rockford, IL 61104**<br><br>**VALUE $39,202.00** | | X | | 14,970.00 | 0.00 |

Sheet no. _3_ of _25_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ | 14,970.00 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside** _____ .          Case No. _____

                                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  159586088 | | | 04/01/2007 **Mortgage** **Investment Property** **1935 S. 5th Street** **Rockford, IL 61104** | | X | | 79,824.00 | 40,622.00 |
| **BAC Home Loans Service** **PO Box 5170** **Simi Valley, CA 93062-5170** | | | | | | | | |
| **Bank of America** **100 N. Tryon Street** **Charlotte, NC 28202** | | | VALUE $39,202.00 | | | | | |
| **Pierce & Associates** **1 North Dearborn, 13th Floor** **Chicago, IL 60602** | | | | | | | | |
| **Winnebago County Treasurer** **404 Elm Street, Ste. 205** **Rockford, IL 61101** | | | | | | | | |
| **Winnebago County Clerk** **404 Elm Street, Ste. 104** **Rockford, IL 61101** | | | | | | | | |
| **Nicor Gas** **PO Box 8350** **Aurora, IL 60507-8350** | | | | | | | | |
| **City of Rockford** **425 E. State St** **Rockford, IL 61104** | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | | | | | | | | |

Sheet no. _4_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $        79,824.00 | $        40,622.00 |
| $ | $ |

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Matthew A. Fearnside**_____.    Case No. _____

   **Debtor**                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   161615690<br><br>**BAC Home Loans Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170**<br><br><br>**Bank of America**<br>**100 N. Tryon Street**<br>**Charlotte, NC 28202**<br><br>**Pierce & Associates**<br>**1 North Dearborn, 13th Floor**<br>**Chicago, IL 60602**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** | | | **06/01/2007**<br>**Mortgage**<br>**Investment Property**<br>**1505 Andrews Street**<br>**Rockford, IL 61101**<br><br>**VALUE $50,000.00** | | **X** | | 43,160.00 | 0.00 |

| | | |
|---|---|---|
| Sheet no. _5_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal ➤<br>(Total of this page) | $ 43,160.00 / $ 0.00 |
| | Total ➤<br>(Use only on last page) | $ / $ |
| | | (Report also on Summary of Schedules) / (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re  __Matthew A. Fearnside_____.        Case No. _____
                                                              (If known)
              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  110348055<br><br>**Blackhawk State Bank**<br>**400 Broad Street**<br>**Beloit, WI 53511-6223**<br><br><br>**Attorney Paul S. Godlewski**<br>**One Court Place, Ste. 103**<br>**Rockford, IL 61101**<br><br>**Blackhawk State Bank**<br>**9609 Forest Hills Road**<br>**Machesney Park, IL 61115**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101** | | | **06/01/2007**<br>**Mortgage**<br>**Investment Property**<br>**3103 Parkside**<br>**Rockford, IL 61101**<br>_____<br>**VALUE $70,000.00** | | X | | 70,352.00 | 0.00 |

Sheet no. _6_ of _25_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $    70,352.00 | $    0.00 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside**_____.        Case No. _____
                                                                    **(If known)**
                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4650024799421**<br><br>**Chase Home Finance**<br>**3415 Vision Drive**<br>**Columbus, OH 43219**<br><br><br>**Chase**<br>**10790 Rancho Bernardo Road**<br>**San Diego, CA 92127**<br><br>**Chase Home Finance**<br>**PO Box 24696**<br>**Columbus, OH 43224-0696**<br><br>**Tate & Kirlin Associates**<br>**2810 Southampton Rd.**<br>**Philadelphia, PA 19154-1207**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101** | | | **11/01/2007**<br>**Mortgage**<br>**Investment Property**<br>**2838 Sewell Street**<br>**Rockford, IL 61109**<br><br>**VALUE $38,862.00** | X | | | 62,936.00 | 24,074.00 |

Sheet no. _7_ of _25_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)                                             $   **133,288.00** $   **24,074.00**

Total  ➤
(Use only on last page)                                          $               $

(Report also on Summary of    (If applicable, report
Schedules)                    also on Statistical
                              Summary of Certain
                              Liabilities and
                              Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Matthew A. Fearnside**_____.        Case No. _____

                     **Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Realtax Developers, Ltd.**<br>**P O Box 3021**<br>**Peoria, IL 61612-3021** | | | | | | | | |
| Sheet no. _8_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal  ➢<br>(Total of this page) | | | | $    62,936.00 | $    24,074.00 |
| | | | Total  ➢<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re **Matthew A. Fearnside**_____.   Case No. _____

**Debtor**                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4650024752925** | | | **09/01/2007**<br>**Mortgage**<br>**Investment Property**<br>**4521 Auburn Street**<br>**Rockford, IL 61101** | | | X | 76,009.37 | 28,112.37 |
| **Chase Home Finance**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | | | | | | | |
| **Chase**<br>**10790 Rancho Bernardo Road**<br>**San Diego, CA 92127** | | | **VALUE $47,897.00** | | | | | |
| **Chase Home Finance**<br>**PO Box 24696**<br>**Columbus, OH 43224-0696** | | | | | | | | |
| **Tate & Kirlin Associates**<br>**2810 Southampton Rd.**<br>**Philadelphia, PA 19154-1207** | | | | | | | | |
| **C & W Investments, Inc.**<br>**P O Box 6853**<br>**Rockford, IL 61125** | | | | | | | | |
| **City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104** | | | | | | | | |
| **Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101** | | | | | | | | |
| **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | | | | |
| **Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** | | | | | | | | |

Sheet no. 9 of 25 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)                $ 138,945.37  $ 52,186.37

Total ➤
(Use only on last page)             $              $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re **Matthew A. Fearnside** _____ .        Case No. _____

                          **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101** | | | | | | | | |

Sheet no. 10 of 25 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

**$        76,009.37**  **$      28,112.37**

Total ➤
(Use only on last page)

**$**        **$**

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside** _____ .          Case No. _____

                        Debtor                                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **See Next Column** | | | **Lien 09CHD263** | | | X | 81,000.00 | 90,965.00 |
| **City of Rockford Code Hearing Section 425 E. State Street Rockford, IL 61104**<br><br>**Rockford Mercantile Agency 2502 South Alpine Road PO Box 5487 Rockford, IL 61125-0847** | | | **Investment Property 1505 Andrews Street Rockford, IL 61101 CEC20105653**<br><br>**Investment Property 3103 Parkside Rockford, IL 61101 CEC20105366**<br><br>**Investment Property 305 Howard Avenue Rockford, IL 61102**<br><br>**Investment Property 3111 Garfield Rockford, IL 61101 CENC20105203**<br><br>**Investment Property 2303 Fremont Street Rockford, IL 61103 CEC20105630 CEC20105761**<br><br>**1935 S. 5th Street Rockford, IL 047-023500**<br><br>**2119 Arthur Avenue Rockford, IL 64590077** | | | | | | |
| Sheet no. <u>11</u> of <u>25</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal ➤ (Total of this page) | | | | $ 157,009.37 | $ 119,077.37 |
| | | | Total ➤ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re  __Matthew A. Fearnside_____.      Case No.  _____
                                                                                                    (If known)
                          **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | VALUE $174,000.00 | | | | | |
| ACCOUNT NO.  204969851 <br><br>**Fifth Third Bank** <br>**38 Fountain Square Plaza** <br>**Cincinnati, OH 45263-0900** | | | 04/01/2007 <br>**Mortgage** <br>**Personal Residence** <br>**110 South 8th Street** <br>**South Beloit, IL 61080** <br><br> VALUE $56,318.00 | | X | | 44,952.00 | 0.00 |
| ACCOUNT NO. <br><br>**German American State Bank** <br>**1305 Main Street** <br>**PO Box 360** <br>**Pecatonica, IL 61063** <br><br>**City of Rockford** <br>**425 E. State St** <br>**Rockford, IL 61104** <br><br>**ComEd** <br>**PO Box 6111** <br>**Carol Stream, IL 60197-6111** <br><br>**Nicor Gas** <br>**PO Box 8350** <br>**Aurora, IL 60507-8350** <br><br>**Winnebago County Clerk** <br>**404 Elm Street, Ste. 104** <br>**Rockford, IL 61101** <br><br>**Winnebago County Treasurer** <br>**404 Elm Street, Ste. 205** <br>**Rockford, IL 61101** | | | **Second Lien** <br>**Investment Property** <br>**3501 Arline Avenue** <br>**Rockford, IL 61101** <br><br> VALUE $41,500.00 | | X | | 55,000.00 | 13,500.00 |

Sheet no. 12 of 25 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ 180,952.00 | $ 104,465.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside** _____ .        Case No. _____

_____        _____
**Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **61629006162900** | | | **Mortgage** | | X | | 72,874.65 | 0.00 |
| **Harris Bank** **501 7th Street** **PO Box 1537** **Rockford, IL 61110** | | | **Investment Property** **920 9th Avenue** **Rockford, IL 61104** | | | | | |
| **Bayview Loan Servicing** **4425 Ponce de Leon Blvd.** **Coral Gables, FL 33146** | | | **Personal Residence** **110 South 8th Street** **South Beloit, IL 61080** | | | | | |
| **Hinshaw & Culbertson** **P O Box 1389** **Rockford, IL 61105-1389** | | | **VALUE $130,000.00** | | | | | |
| **City of Rockford** **425 E. State St** **Rockford, IL 61104** | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | | | | | | | | |
| **Nicor Gas** **PO Box 8350** **Aurora, IL 60507-8350** | | | | | | | | |
| **Winnebago County Clerk** **404 Elm Street, Ste. 104** **Rockford, IL 61101** | | | | | | | | |
| **Winnebago County Treasurer** **404 Elm Street, Ste. 205** **Rockford, IL 61101** | | | | | | | | |

Sheet no. 13 of 25 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| $ | 72,874.65 | $ | 0.00 |
|---|---|---|---|

Total  ➤
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Matthew A. Fearnside** _____.   Case No. _____

                       **Debtor**                                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   61884006188400**<br><br>**Harris Bank**<br>**501 7th Street**<br>**PO Box 1537**<br>**Rockford, IL 61110**<br><br>**Bayview Loan Servicing**<br>**4425 Ponce de Leon Blvd.**<br>**Coral Gables, FL 33146**<br><br>**Hinshaw & Culbertson**<br>**P O Box 1389**<br>**Rockford, IL 61105-1389**<br><br>**Z Financial**<br>**100 Tanglewood Dr.**<br>**Freeport, IL 61032**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101** | | | **Mortgage**<br>**Investment Property**<br>**615 Newport Avenue**<br>**Rockford, IL 61102**<br><br>**Personal Residence**<br>**110 South 8th Street**<br>**South Beloit, IL 61080**<br><br>**VALUE $100,053.00** | | X | | 267,549.50 | 167,496.50 |

| | | |
|---|---|---|
| Sheet no. <u>14</u> of <u>25</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal ➤<br>(Total of this page) | $   267,549.50 $   167,496.50 |
| | Total ➤<br>(Use only on last page) | $   $ |
| | | (Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside** _____.     Case No. _____

                            **Debtor**                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1659**<br><br>**Northwest Bank Rockford**<br>**3106 N. Rockton Avenue**<br>**Rockford, IL 61103-2837**<br><br>**Meyer & Horning PC**<br>**3400 N. Rockton Avenue**<br>**Rockford, IL 61103**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101** | | | **06/16/2008**<br>**Mortgage**<br>**Investment Property**<br>**701 Plaisance Avenue**<br>**Rockford, IL 61102**<br><br>**VALUE $36,393.00** | | X | | 48,394.00 | 12,001.00 |

Sheet no. _15_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  48,394.00 | $  12,001.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside**_____.  Case No. _____

**Debtor**                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1636<br><br>**Northwest Bank Rockford**<br>**3106 N. Rockton Avenue**<br>**Rockford, IL 61103-2837**<br><br>**Meyer & Horning PC**<br>**3400 N. Rockton Avenue**<br>**Rockford, IL 61103**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101** | | | **06/16/2008**<br>**Mortgage**<br>**Investment Property**<br>**3111 Garfield**<br>**Rockford, IL 61101**<br><br>**VALUE $67,000.00** | | X | | 66,941.00 | 0.00 |

Sheet no.  16  of  25  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $  66,941.00 | $  0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside**_____.        Case No. _____

                        **Debtor**                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9540051172427**<br><br>**PHH Mortgage Ice Center**<br>**2001 Bishops Gate SV09**<br>**Mount Laurel, NJ 08054**<br><br><br>**Mortgage Service Center**<br>**4001 Leadenhall Road**<br>**Mount Laurel, NJ 08054**<br><br>**Mortgage Service Center**<br>**PO Box 5452**<br>**Mt. Laurel, NJ 08054-5452**<br><br>**Fisher and Shapiro LLC**<br>**2121 Waukegan Road**<br>**Bannockburn, IL 60015**<br><br>**Insurance Processing Center**<br>**PO Box 5954**<br>**Springfield, OH 45501-5954**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101** | | | **12/01/2007**<br>**Mortgage**<br>**Foreclosed Investment Property**<br>**2303 Fremont Street**<br>**Rockford, IL 61102**<br><br>**VALUE $38,486.00** | X | | | 76,946.00 | 38,460.00 |
| Sheet no. _17_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal  ➤<br>(Total of this page) | | | | $  143,887.00 | $  38,460.00 |
| | | | Total  ➤<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Matthew A. Fearnside**                                              .          Case No.  _____
                                    _____
                                         **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Winnebago County Treasurer** **404 Elm Street, Ste. 205** **Rockford, IL 61101** | | | | | | | | |
| Sheet no. 18 of 25 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal ➤ (Total of this page) | | | | $ 76,946.00 | $ 38,460.00 |
| | | | Total ➤ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re **Matthew A. Fearnside** _____ .        Case No. _____

                        **Debtor**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9540051288041, 10-039060 | | | 01/18/2008<br>**Mortgage**<br>**Foreclosed Investment Property**<br>**7504 Cadet Road**<br>**Machesney Park, IL 61115** | | | X | 82,965.12 | 7,965.12 |
| **PHH Mortgage Ice Center**<br>**2001 Bishops Gate SV09**<br>**Mount Laurel, NJ 08054** | | | **VALUE $42,819.00** | | | | | |
| **Mortgage Service Center**<br>**4001 Leadenhall Road**<br>**Mount Laurel, NJ 08054** | | | | | | | | |
| **Mortgage Service Center**<br>**PO Box 5452**<br>**Mt. Laurel, NJ 08054-5452** | | | | | | | | |
| **Fisher and Shapiro LLC**<br>**2121 Waukegan Road**<br>**Bannockburn, IL 60015** | | | | | | | | |
| **Prenovost Normandin Bergh & Dawe**<br>**2122 N. Broadway**<br>**Santa Ana, CA 92706-2614** | | | | | | | | |
| **Vantium Capital dba Strategic Recovery**<br>**7880 Bent Branch Drive**<br>**Irving, TX 75063** | | | | | | | | |
| **Strategic Recovery**<br>**P O Box 52238**<br>**Idaho Falls, ID 83405-2238** | | | | | | | | |
| **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | | | | |
| **Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** | | | | | | | | |
| Sheet no. 19 of 25 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal  ➤<br>(Total of this page) | | | | $   159,911.12 | $   46,425.12 |
| | | | Total  ➤<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Matthew A. Fearnside**                                    .                    Case No. _____

_____
**Debtor**                                                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101**<br><br>**Village of Machesney Park**<br>**300 Roosevelt Road**<br>**Machesney Park, IL 61115** | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. 20 of 25 continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal ➢<br>(Total of this page) | $              82,965.12 | $          7,965.12 |
| | Total ➢<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside** _____ .          Case No. _____

Debtor                                                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. __9540051288462__<br><br>**PHH Mortgage Ice Center**<br>**2001 Bishops Gate SV09**<br>**Mount Laurel, NJ 08054**<br><br><br>**Mortgage Service Center**<br>**4001 Leadenhall Road**<br>**Mount Laurel, NJ 08054**<br><br>**Mortgage Service Center**<br>**PO Box 5452**<br>**Mt. Laurel, NJ 08054-5452**<br><br>**Fisher and Shapiro LLC**<br>**2121 Waukegan Road**<br>**Bannockburn, IL 60015**<br><br>**City of Rockford**<br>**425 E. State St**<br>**Rockford, IL 61104**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350**<br><br>**Winnebago County Clerk**<br>**404 Elm Street, Ste. 104**<br>**Rockford, IL 61101**<br><br>**Winnebago County Treasurer**<br>**404 Elm Street, Ste. 205**<br>**Rockford, IL 61101** | | | **01/25/2010**<br>**Mortgage**<br>**Foreclosed Investment Property**<br>**305 Howard Avenue**<br>**Rockford, IL 61102**<br><br>**VALUE $36,321.00** | | | X | 57,480.57 | 21,159.57 |

Sheet no. _21_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $   57,480.57 | $   21,159.57 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside**                                           .        Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9540051172237, 10-039055 | | | 12/31/2007 Mortgage Investment Property 2119 Arthur Avenue Rockford, IL 61101 | | X | | 77,548.83 | 27,482.83 |
| **PHH Mortgage Ice Center** **2001 Bishops Gate SV09** **Mount Laurel, NJ 08054** | | | | | | | | |
| | | | VALUE $50,066.00 | | | | | |
| **Mortgage Service Center** **4001 Leadenhall Road** **Mount Laurel, NJ 08054** | | | | | | | | |
| **Mortgage Service Center** **PO Box 5452** **Mt. Laurel, NJ 08054-5452** | | | | | | | | |
| **Fisher and Shapiro LLC** **2121 Waukegan Road** **Bannockburn, IL 60015** | | | | | | | | |
| **City of Rockford** **425 E. State St** **Rockford, IL 61104** | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | | | | | | | | |
| **Nicor Gas** **PO Box 8350** **Aurora, IL 60507-8350** | | | | | | | | |
| **Winnebago County Clerk** **404 Elm Street, Ste. 104** **Rockford, IL 61101** | | | | | | | | |
| **Winnebago County Treasurer** **404 Elm Street, Ste. 205** **Rockford, IL 61101** | | | | | | | | |

Sheet no. 22 of 25 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal    ➤
(Total of this page)

| $ 77,548.83 | $ 27,482.83 |
|---|---|

Total    ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Matthew A. Fearnside** _____ .          Case No. _____

_____
                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **See Next Column** | | | **Security Agreement** | X | | | 33,079.42 | 11,147.00 |
| **Winnebago County Treasurer** **404 Elm Street** **P.O. Box 1216** **Rockford, IL 61105-1216** | | | **115 Pierpont Avenue** **Rockford, IL 61101** | | | | | |
| | | | **11-22-102-026** **1505 Andrews Street** **Rockford, IL 61101** | | | | | |
| **Winnebago County Clerk** **404 Elm Street, Ste. 104** **Rockford, IL 61101** | | | **11-35-255-030** **1935 S. 5th Street** **Rockford, IL 61104** | | | | | |
| | | | **11-16-404-016** **2119 Arthur Avenue** **Rockford, IL 61101** | | | | | |
| | | | **11-11-481-006** **2303 Fremont Street** **Rockford, IL 61102** | | | | | |
| | | | **15-01-252-010** **2838 Sewell Street** **Rockford, IL 61109** | | | | | |
| | | | **11-10-454-019** **3111 Garfield** **Rockford, IL 61101** | | | | | |
| | | | **11-21-260-010** **305 Howard Avenue** **Rockford, IL 61102** | | | | | |
| | | | **11-15-252-014** **3103 Parkside** **Rockford, IL 61101** | | | | | |

Sheet no. 23 of 25 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $   110,628.25 | $   38,629.83 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  1,609,914.46 | $  529,829.39 |

(Report also on Summary of   (If applicable, report
Schedules)                        also on Statistical
                                   Summary of Certain
                                   Liabilities and
                                   Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Matthew A. Fearnside**_____.      Case No. _____

_____
Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 11-15-134-007 3129 Blackstone Avenue Rockford, IL 61101 | | | | | |
| | | | 11-15-152-010 3501 Arline Avenue Rockford, IL 61101 | | | | | |
| | | | 11-16-184-009 4521 Auburn Street Rockford, IL 61101 | | | | | |
| | | | 11-25-153-014 520 9th Avenue Rockford, IL 61104 | | | | | |
| | | | 11-20-453-018 615 Newport Avenue Rockford, IL 61102 | | | | | |
| | | | 11-21-352-011 701 Plaisance Avenue Rockford, IL 61102 | | | | | |
| | | | 08-31-277-025 7504 Cadet Road Machesney Park, IL 61115 | | | | | |
| | | | 11-26-410-018 920 9th Avenue Rockford, IL 61104 | | | | | |
| | | | 11-16-405-062 924 N. Sunset Avenue Rockford, IL 61101 | | | | | |
| | | | 04-06-253-012 | | | | | |

Sheet no. 24 of 25 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)                                          $  110,628.25  $  38,629.83

Total ➤
(Use only on last page)                                      $  1,609,914.46  $  529,829.39

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Matthew A. Fearnside**_____.        Case No. _____

_____**Debtor**_____              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 110 South 8th Street<br>South Beloit, IL 61080<br><br>VALUE $1,102,000.00 |  |  |  |  |  |

Sheet no. _25_ of _25_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤<br>(Total of this page)

Total  ➤<br>(Use only on last page)

| $ 33,079.42 | $ 11,147.00 |
|---|---|
| $ 1,609,914.46 | $ 529,829.39 |

(Report also on Summary of Schedules)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Matthew A. Fearnside**                                              Case No. _____
_____                                                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re __Matthew A. Fearnside_____,        Case No. _____
                                                                                (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ▷ (Totals of this page) | $            0.00 | $            0.00 | $            0.00 |
| Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $            0.00 | | |
| Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $            0.00 | $            0.00 |

B6F (Official Form 6F) (12/07)

In re   **Matthew A. Fearnside** _____    Case No. _____
_____
                        Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Badger Mutual Insurance Co.**<br>**1635 West National Ave.**<br>**Milwaukee, WI 53204** | | | **Insurance Premiums** | | X | | 363.00 |
| ACCOUNT NO.   **See Next Column**<br><br>**City of Rockford**<br>**425 E. State Street**<br>**Rockford, IL 61104** | | | **Utilities and Violations**<br>**63096661,**<br>**63178920,**<br>**63069991,**<br>**63151589,**<br>**908 N. Sunset, Rockford, IL**<br>**115 Pierpont Ave., Rockford, IL**<br>**1505 Andrews St., Rockford, IL**<br>**1935 S. 5th St., Rockford, IL 047023500**<br>**2119 Arthur Ave., Rockford, IL**<br>**2303 Fremont St., Rockford, IL**<br>**2838 Sewell St., Rockford, IL**<br>**3111 Garfield, Rockford, IL 019044900,**<br>**CENC20105203**<br>**305 Howard Ave., Rockford, IL**<br>**CEC20106586, CEC20104943**<br>**3103 Parkside, Rockford, IL 020015700,**<br>**CEC20106574**<br>**3129 Blackstone Ave., Rockford, IL**<br>**3501 Arline Ave., Rockford, IL**<br>**4521 Auburn St., Rockford, IL**<br>**520 9th Ave., Rockford, IL**<br>**615 Newport Ave., Rockford, IL**<br>**701 Plaisance Ave., Rockford, IL**<br>**7504 Cadet Rd., Machesney Park, IL**<br>**920 9th Ave., Rockford, IL**<br>**042006800**<br>**110 South 8th St., South Beloit, IL**<br>**CEC20109287** | | | | | X | | 1,619.67 |

        3    Continuation sheets attached

                                                        Subtotal    ➤   $              1,982.67

                                                              Total   ➤   $
                                        (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable on the Statistical
                                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew A. Fearnside** _____     Case No. _____
                                   Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | | | **0.00** |
| ACCOUNT NO.   **5414 1323 7041 6240** <br><br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263-0900** | | | **Miscellaneous Purchases** | | X | | **408.00** |
| ACCOUNT NO.   **5293 0623 0015 6747** <br><br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263-0900**<br><br><br>**Fulton Friedman & Gullace**<br>**PO Box 2123**<br>**Warren, MI 48090-2123**<br><br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | | **Miscellaneous Purchases** | | X | | **5,125.15** |
| ACCOUNT NO.   **5467 0024 0947 1407** <br><br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263-0900**<br><br><br>**Fifth Third Bank**<br>**PO Box 63900**<br>**Cincinnati, OH 45263-0900** | | | **Miscellaneous Purchases** | | X | | **4,377.10** |

<u>3</u>  Continuation sheets attached

Sheet no. <u>1</u> of <u>3</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal  ➤  $                      **9,910.25**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew A. Fearnside**                                   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **John and Jennifer Steinman 206 Rochester Road Poplar Grove, IL 61065** | | | **Business Obligations** | | X | | 0.00 |
| ACCOUNT NO.   **See Next Column** <br><br> **Nicor Gas PO Box 2020 Aurora, IL 60507-2020** <br><br> **NCO Financial Systems Inc. 507 Prudential Road Horsham, PA 19044** | | | **Utilities 19-27-77-9107 54-91-18-0600 5 37-57-29-7441 0 908 N. Sunset, Rockford, IL 115 Pierpont Ave., Rockford, IL 1505 Andrews St., Rockford, IL 1935 S. 5th St., Rockford, IL 2119 Arthur Ave., Rockford, IL 2303 Fremont St., Rockford, IL 2838 Sewell St., Rockford, IL 3111 Garfield, Rockford, IL 305 Howard Ave., Rockford, IL 3103 Parkside, Rockford, IL 3129 Blackstone Ave., Rockford, IL 3501 Arline Ave., Rockford, IL 4521 Auburn St., Rockford, IL 520 9th Ave., Rockford, IL 615 Newport Ave., Rockford, IL 701 Plaisance Ave., Rockford, IL 7504 Cadet Rd., Machesney Park, IL 920 9th Ave., Rockford, IL 110 South 8th St., South Beloit, IL** | | X | | 513.24 |

_3_   Continuation sheets attached

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   | $ | 513.24 |

Total  ➤   | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**



B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew A. Fearnside** _____          Case No. _____
                         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | | | | X | | 418.53 |
| **Rock River Water Reclamation** **PO Box 6207** **Rockford, IL 61125-1207** **United Credit Services, Inc.** **15 N. Lincoln Street** **PO Box 740** **Elkhorn, WI 53121-0740** | | | **Utilities** **0011658W,** **0470235R,** **00503696R,** **0940447** **4521 Auburn Street, Rockford, IL,** **1935 S. 5th Street, Rockford, IL,** **2303 Fremont Street, Rockford, IL** | | | | |

_3_  Continuation sheets attached

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal ➢ | $ | 418.53 |
|---|---|---|---|
| | Total ➢ | $ | 12,824.69 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re: **Matthew A. Fearnside** _____,     Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: __Matthew A. Fearnside_____,          Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

In re **Matthew A. Fearnside** _____  Case No. _____
                    Debtor                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mechanic** | **Dry Cleaning Staff** |
| Name of Employer | **Self-Employed** | **Choice Cleaners** |
| How long employed | | |
| Address of Employer | | **610 E. Memorial Drive Janesville, WI 53545** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 1,000.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 1,000.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 150.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 150.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 850.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,011.36 | $ 0.00 |
| 8. Income from real property | $ 3,245.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,256.36 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,256.36 | $ 850.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,106.36 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**
_____

**B6I (Official Form 6I) (12/07) - Cont.**

**In re** **Matthew A. Fearnside**                                                    **Case No.** _____

Debtor                                                                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

B6J (Official Form 6J) (12/07)

In re **Matthew A. Fearnside** _____,   Case No. _____

_____ **Debtor**   **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 435.64 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 170.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 86.00 |
| d. Other **Cable & Internet** | $ | 45.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 53.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 225.00 |
| e. Other **Boat** | $ | 20.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Property** | $ | 93.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **Contract Payment (115 Pierpont, Rental Property)** | $ | 375.82 |
| **Contract Payment (3129 Blackstone, Rental Property)** | $ | 392.71 |
| **Contract Payment (924 N. Sunset, Rental Property)** | $ | 384.27 |
| **Mortgage Payment (3501 Arline, Rental Property)** | $ | 389.00 |
| **Mortgage Payment (701 Plaisance, Rental Property)** | $ | 494.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 2,682.36 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,755.80 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 7,095.00 |
| b. Average monthly expenses from Line 18 above | $ | 6,755.80 |
| c. Monthly net income (a. minus b.) | $ | 339.20 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re  **Matthew A. Fearnside**

Debtor

Case No. _____

Chapter  **7**  _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,095.00 |
| Average Expenses (from Schedule J, Line 18) | $ 6,755.80 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,218.75 |

## United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re  **Matthew A. Fearnside**                                        Case No. _____

                                    Debtor                              Chapter   **7**  _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **368,164.54** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **12,824.69** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **380,989.23** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
### Northern District of Illinois
### Western Division

In re **Matthew A. Fearnside** _____,     Case No. _____

Debtor

Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $      840.863.00 | | |
| B - Personal Property | YES | 3 | $       20.740.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 26 | | $    1.609.914.46 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $       12.824.69 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $       7.106.36 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $       6.755.80 |
| TOTAL | | 43 | $      861,603.00 | $    1,622,739.15 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Matthew A. Fearnside**                                    Case No. _____

_____                                          (If known)
**Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **45**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **2/20/2013** _____          Signature: **s/ Matthew A. Fearnside** _____

                                                        **Matthew A. Fearnside**

                                                             Debtor

               [If joint case, both spouses must sign]

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Western Division**

In re:   **Matthew A. Fearnside**_____,      Case No. _____

                                    Debtor                                              (If known)


# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
☐      debtor's business, including part-time activities either as an employee or in independent trade or business, from the
       beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two
       years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis
       of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's
       fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
       chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **14,675.00** | **Business Income** | **2011** |
| **12,568.29** | **Wife's Wages** **Choice Cleaners** **610 E. Memorial Dr.** **Janesville, WI 53546** | **2012** |
| **35,856.00** | **Business Income** | **2012** |
| **2,276.00** | **Business Income** | **2013 YTD** |

## 2.  Income other than from employment or operation of business

None   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
☐      business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
       filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
       each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **1,000.00** | **Rental Income** | **2011** |
| **2,338.00** | **Unemployment** | **2011** |
| **18,425.00** | **Rental Income** | **2012** |
| **6,490.00** | **Rental Income** | **2013** |

2

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
☐  services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Audrea Thompson**<br>**7247 Cody Run**<br>**South Beloit, IL 61080** | **12/2012**<br>**1/2013**<br>**2/2013** | **3,458.40** | **141,000.00** |
| **German American State Bank**<br>**1305 Main Street**<br>**PO Box 360**<br>**Pecatonica, IL 61063** | **12/2012**<br>**1/2013**<br>**2/2013** | **1,167.00** | **59,903.40** |
| **Northwest Bank Rockford**<br>**3106 N. Rockton Avenue**<br>**Rockford, IL 61103-2837** | **12/2012**<br>**1/2013**<br>**2/2013** | **1,482.00** | **48,394.00** |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑  days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **PHH Mortgage Corporation vs. Matthew Fearnside 2010CH988** | **Forclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Summons** |
| **PHH Mortgage Corporation vs. Matthew Fearnside 2010CH958** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Summons** |
| **Asset Acceptance vs. Matthew Fearnside 12SC2470** | **Collection** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Judgment** |
| **BMO Harris Bank NA nka Harris NA v. Matthew Fearnside, et. al. 12CH1458** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Judgment** |
| **PHH Mortgage Corporation vs. Matthew Fearnside 2010CH989** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Summons** |
| **BAC Home Loans Servicing vs. Matthew Fearnside 10CH213** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Summons** |
| **Aurora Loan Services vs. Matthew Fearnside 10CH148** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Summons** |
| **City of Rockford vs. Matthew Fearnside 09CHD263** | **Code Violations** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | |
| **Blackhawk State Bank vs. Matthew A. Fearnside 2010CH908** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Default Judgment** |
| **BAC Home Loans Servicing vs. Matthew A. Fearnside 10CH1** | **Foreclosure** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Summons** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**4**

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.   Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ConsumerBankruptcyCounseling.info 1014 Torney Ave. San Francisco, CA 94129** | **2/8/2013** | **5.00** |
| **Law Offices of Henry Repay 930 W. Locust Street Belvidere, IL 61008** | **2/12/10** | **$1275.00 Filing Fee and Attorney Fees** |

## 10.   Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unrelated Third Party No Relation** | **09/01/2011** | **1996 Ford Explorer (216,000 Miles) $1400.00** |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.   Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

## 12.  Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None ☐  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **221 N. Longwood, Ste. 260 Rockford, IL 61107 (Business Address)** | **Matthew Fearnside** | **-3/2010** |

## 16.  Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑   a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None ☑   b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

## 19. Books, records and financial statements

None ☑   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| | |

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| | |

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| | |

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| | | |

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

9

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                NATURE AND PERCENTAGE
NAME AND ADDRESS                     TITLE                       OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                          DATE OF WITHDRAWAL

None ☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

                                                             DATE OF TERMINATION
NAME AND ADDRESS                     TITLE

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,               DATE AND PURPOSE               OR DESCRIPTION
RELATIONSHIP TO DEBTOR      OF WITHDRAWAL                  AND VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**10**

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | |
|---|---|---|
| Date  **2/20/2013** | Signature of Debtor | **s/ Matthew A. Fearnside** |
| | | **Matthew A. Fearnside** |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division

In re _____ **Matthew A. Fearnside** _____,   Case No. _____
Debtor                                                          Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>**Audrea Thompson** | **Describe Property Securing Debt:**<br>**Installment Agreements for Deed**<br><br>**Investment Property**<br>**115 Pierpont Avenue**<br>**Rockford, IL 61101**<br><br>**Investment Property**<br>**3129 Blackstone Avenue**<br>**Rockford, IL 61101**<br><br>**Investment Property**<br>**924 N. Sunset Avenue**<br>**Rockford, IL 61101** |

Property will be *(check one)*:
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt      ☑ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br><br>**Aurora Loan Services** | **Describe Property Securing Debt:**<br>**Foreclosed Investment Property**<br>**520 9th Street**<br>**Rockford, IL 61104** |

B 8 (Official Form 8) (12/08)                                                                                      Page 2

Property will be *(check one)*:
  ☑ Surrendered                    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  3 | |
|---|---|
| **Creditor's Name:**<br><br>**BAC Home Loans Service** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**1505 Andrews Street**<br>**Rockford, IL 61101** |

Property will be *(check one)*:
  ☑ Surrendered                    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  4 | |
|---|---|
| **Creditor's Name:**<br><br>**BAC Home Loans Service** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**1935 S. 5th Street**<br>**Rockford, IL 61104** |

Property will be *(check one)*:
  ☑ Surrendered                    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>**BAC Home Loans Service** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**1935 S. 5th Street**<br>**Rockford, IL 61104** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br><br>**BAC Home Loans Service** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**1505 Andrews Street**<br>**Rockford, IL 61101** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br><br>**Blackhawk State Bank** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**3103 Parkside**<br>**Rockford, IL 61101** |

B 8 (Official Form 8) (12/08)                                                                                                    Page 4

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase Home Finance** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**2838 Sewell Street**<br>**Rockford, IL 61109** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase Home Finance** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**4521 Auburn Street**<br>**Rockford, IL 61101** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                               Page 5

---

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**City of Rockford** | **Describe Property Securing Debt:**<br>**09CHD263**<br><br>**Investment Property**<br>**1505 Andrews Street**<br>**Rockford, IL 61101**<br>**CEC20105653**<br><br>**Investment Property**<br>**3103 Parkside**<br>**Rockford, IL 61101**<br>**CEC20105366**<br><br>**Investment Property**<br>**305 Howard Avenue**<br>**Rockford, IL 61102**<br><br>**Investment Property**<br>**3111 Garfield**<br>**Rockford, IL 61101**<br>**CENC20105203**<br><br>**Investment Property**<br>**2303 Fremont Street**<br>**Rockford, IL 61103**<br>**CEC20105630**<br>**CEC20105761**<br><br>**1935 S. 5th Street**<br>**Rockford, IL**<br>**047-023500**<br><br>**2119 Arthur Avenue**<br>**Rockford, IL**<br>**64590077** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**Personal Residence**<br>**110 South 8th Street**<br>**South Beloit, IL 61080** |

B 8 (Official Form 8) (12/08)

Page 6

Property will be *(check one)*:
- ☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Debtor will keep payments current.** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt ☐ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**German American State Bank** | **Describe Property Securing Debt:**<br>**Investment Property**<br>**3501 Arline Avenue**<br>**Rockford, IL 61101** |

Property will be *(check one)*:
- ☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Harris Bank** | **Describe Property Securing Debt:**<br>**Investment Property**<br>**920 9th Avenue**<br>**Rockford, IL 61104**<br><br>**Personal Residence**<br>**110 South 8th Street**<br>**South Beloit, IL 61080** |

Property will be *(check one)*:
- ☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)

Property is *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

---

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br><br>**Harris Bank** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**615 Newport Avenue**<br>**Rockford, IL 61102**<br><br>**Personal Residence**<br>**110 South 8th Street**<br>**South Beloit, IL 61080** |

Property will be *(check one)*:

☑ Surrendered                ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

---

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br><br>**Northwest Bank Rockford** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**701 Plaisance Avenue**<br>**Rockford, IL 61102** |

Property will be *(check one)*:

☐ Surrendered                ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 16 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

B 8 (Official Form 8) (12/08)

Page **8**

| **Northwest Bank Rockford** | **Investment Property**<br>**3111 Garfield**<br>**Rockford, IL 61101** |
|---|---|

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**PHH Mortgage Ice Center** | **Describe Property Securing Debt:**<br>**Foreclosed Investment Property**<br>**2303 Fremont Street**<br>**Rockford, IL 61102** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**PHH Mortgage Ice Center** | **Describe Property Securing Debt:**<br>**Foreclosed Investment Property**<br>**7504 Cadet Road**<br>**Machesney Park, IL 61115** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)

Page 9

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br><br>**PHH Mortgage Ice Center** | **Describe Property Securing Debt:**<br><br>**Foreclosed Investment Property**<br>**305 Howard Avenue**<br>**Rockford, IL 61102** |

Property will be *(check one)*:
☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br><br>**PHH Mortgage Ice Center** | **Describe Property Securing Debt:**<br><br>**Investment Property**<br>**2119 Arthur Avenue**<br>**Rockford, IL 61101** |

Property will be *(check one)*:
☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 21 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

B 8 (Official Form 8) (12/08)

**Winnebago County Treasurer**

**115 Pierpont Avenue**
**Rockford, IL 61101**

**11-22-102-026**
**1505 Andrews Street**
**Rockford, IL 61101**

**11-35-255-030**
**1935 S. 5th Street**
**Rockford, IL 61104**

**11-16-404-016**
**2119 Arthur Avenue**
**Rockford, IL 61101**

**11-11-481-006**
**2303 Fremont Street**
**Rockford, IL 61102**

**15-01-252-010**
**2838 Sewell Street**
**Rockford, IL 61109**

**11-10-454-019**
**3111 Garfield**
**Rockford, IL 61101**

**11-21-260-010**
**305 Howard Avenue**
**Rockford, IL 61102**

**11-15-252-014**
**3103 Parkside**
**Rockford, IL 61101**

**11-15-134-007**
**3129 Blackstone Avenue**
**Rockford, IL 61101**

**11-15-152-010**
**3501 Arline Avenue**
**Rockford, IL 61101**

**11-16-184-009**
**4521 Auburn Street**
**Rockford, IL 61101**

**11-25-153-014**
**520 9th Avenue**
**Rockford, IL 61104**

**11-20-453-018**
**615 Newport Avenue**
**Rockford, IL 61102**

**11-21-352-011**
**701 Plaisance Avenue**
**Rockford, IL 61102**

**08-31-277-025**
**7504 Cadet Road**

B 8 (Official Form 8) (12/08)                                                                                    Page 11

|  | Machesney Park, IL 61115 |
|  | |
|  | 11-26-410-018 |
|  | 920 9th Avenue |
|  | Rockford, IL 61104 |
|  | |
|  | 11-16-405-062 |
|  | 924 N. Sunset Avenue |
|  | Rockford, IL 61101 |
|  | |
|  | 04-06-253-012 |
|  | 110 South 8th Street |
|  | South Beloit, IL 61080 |

Property will be *(check one)*:
  ☑ Surrendered          ❑ Retained

If retaining the property, I intend to *(check at least one)*:
  ❑ Redeem the property
  ❑ Reaffirm the debt
  ❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☑ Claimed as exempt                    ❑ Not claimed as exempt


**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES      ❑ NO |


___0___  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date: __2/20/2013__                              **s/ Matthew A. Fearnside**
                                                 **Matthew A. Fearnside**
                                                 Signature of Debtor

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Western Division**

In re:   **Matthew A. Fearnside** _____   Case No. _____

_____   Chapter   **7** _____
Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                                  $ _____ 976.00

Prior to the filing of this statement I have received                        $ _____ 976.00

Balance Due                                                                  $ _____ 0.00

2. The source of compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]

      **Applicable to Post-Petition Chapter 7 Services:  $75.00 for each amendment to Schedules; $75.00 for preparation and filing of motion for court approval of reaffirmation agreement and attendance at hearing if required by the court; $200.00 per hour plus costs (when applicable) for all other representation.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

      **Representation does not include discharge or dischargeability proceedings, redemption proceedings, dismissal proceedings, reinstatement proceedings, judicial lien avoidances, post-petition amendments, relief from stay actions, adversary proceedings, attendance at continued meeting of creditors or preparation of motion to approve reaffirmation agreement.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __2/20/2013_____

**s/ Henry Repay**_____
**Henry Repay, Bar No.  06199079**

**Law Offices of Henry Repay**
Attorney for Debtor(s)